# Exhibit 8

## U.S. Patent No. 6,718,277 – Infringement Claim Chart

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| [1pre] A method of controlling atmospheric conditions within a building, said method comprising the steps of: | CyrusOne's data centers use a method of controlling atmospheric conditions within a building.<br><br>CyrusOne uses Vertiv and Liebert cooling in its U.S. data centers to control atmospheric conditions. Liebert's cooling units are controlled, for example, by Liebert's iCOM and/or iCOM-S Intelligent Communication and Monitoring System, which uses a method for evaluating one or more components in a data center.<br><br>**CIN99**<br>CyrusOne Data Center<br>Cincinnati - Blue Ash<br>4600 McAuley Place, 4th Floor<br>Cincinnati, OH 45242<br><br>Located on McAuley Place, this Cincinnati data center facility is for customers that require a robust data center for mission-critical applications, as well as for disaster recovery and business continuity environments.<br><br>**Overview**<br>• 15,000 sq. ft. data center/8,000 colo square feet (CSF)<br>• Up to 900 kW available<br>• 12-inch raised floor design<br>• 20, and 22 ton Liebert Downflow Chilled Water CRAC units.<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-CIN97_Cincinnati.pdf, p. 1. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **Cooling**<br>- N+1 Cooling<br>- Redundant DX and Glycol Chillers<br>- Redundant raised floor CRAC units<br>- 12in Raised floor<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-CIN97_Cincinnati.pdf, p. 2.<br><br>[Vertiv Liebert webpage screenshot: "Safeguarding the technology that drives your business."]<br><br>https://www.vertiv.com/en-us/products/brands/liebert/ |

2

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **VERTIV** **Liebert®**<br><br>iCOM™ Thermal System Controls<br><br>Greater Data Center Protection, Efficiency & Insight<br><br>https://www.vertiv.com/49d637/globalassets/shared/liebert-icom-thermal-system-controls-brochure.pdf ("iCOM Brochure"). |

3

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **At the cooling unit level,** the Liebert iCOM unit control provides the highest protection available and optimal performance.<br>• Monitors 380 unit and component points to eliminate single points of failure<br>• Self-healing features avoid passing unsafe operating thresholds<br>• Highly intuitive, full-color, touch screen simplifies operations to save time and reduce human error<br>• Multiple, automated unit protection routines, including lead/lag, cascade, rapid restart, refrigerant protection and valve calibration<br><br>**At the supervisory level,** the Liebert iCOM-S system control offers a revolutionary way to harmonize and optimize thermal system performance to optimize capacity across the data center, gain quick access to actionable data, and automate system diagnostics and trending.<br>• Advanced monitoring and at-a-glance reporting on performance metrics and trends for efficiency, capacity and adverse events<br>• Up to 50% system efficiency gains<br>• 30% lower deployment costs<br>• Teamwork modes that prevent conflict between units and allow them to adapt to changes in facility and IT demand to improve efficiency and availability and reduce system wear and tear – saving more than $10,000 per unit per year in energy costs<br>• Simple and easy to deploy — auto-configuration to detect and configure up to 4,800 sensors, eliminating the need for custom integration to building management systems and cutting sensor deployment times in half<br><br>Liebert iCOM unit control and Liebert iCOM-S system control are available for new Vertiv™ data center cooling units or as retrofits.<br><br>iCOM Brochure at p. 3.<br><br>CyrusOne also uses CyrusOne cooling software to measure, monitor, and manage atmospheric conditions in its data centers. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | CyrusOne's data center cooling systems are some of the most advanced in the world employing proactive and reactive methods to keep customer's data halls running at the most optimal temperatures. <br><br> https://www.cyrusone.com/data-center-solutions/colocation |
| [1a] supplying a conditioned fluid inside said building; | CyrusOne supplies a conditioned fluid inside said building. <br><br> For example, CyrusOne uses CRAC units inside its data centers to supply conditioned fluid. CyrusOne uses Liebert to control atmospheric conditions in the data center with its CRAC units. <br><br> CyrusOne supplies refrigerant (conditioned fluid) through the coil of its Liebert CRAC units. The Liebert CRAC unit receives the "return air" from the room and delivers cool conditioned "supply air" to the room (supplying conditioned fluid), by transferring heat from the air to the cooling fluid within the coil. |

5

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | ![Two CRAC unit diagrams showing Return Air entering top through Filter, passing through Coil, exiting as Supply Air via Blower at bottom]  https://www.vertiv.com/4afe7d/globalassets/products/thermal-management/room-cooling/liebert-dse-80-165kw-23-43-tons-downflow-system-design-manual.pdf, at p. 6.  Regardless of which type of CRAC units or which method of controlling atmospheric conditions are used (Liebert, CyrusOne, or others), CyrusOne supplies a conditioned fluid inside each of its data centers. |
| [1b] sensing at least one atmospheric parameter in a plurality of locations inside said building; | CyrusOne senses at least one atmospheric parameter in a plurality of locations inside said building.  For example, CyrusOne uses Liebert iCOM. Liebert iCOM senses temperatures and humidity at locations throughout the data center. |

6

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | **User Temperature Setpoint Options**<br><br>**2nd Temperature Setpoint**<br><br>Alternate setpoint activated by customer input (remote alarm device). When customer input connection is 2nd Setpoint, this value becomes the active temperature setpoint.<br><br>**BMS Backup Temp Setpoint**<br><br>Selects a temperature setpoint that activates in the event of a BMS timeout. The BMS timer must be configured for this setpoint to activate. See Setting BMS Backup Setpoints on page 117.<br><br>**Optimized Aisle Enabled**<br><br>Read-only. Indicates that iCOM™ is configured for optimized-aisle operation. See Teamwork Mode 3—Optimized Aisle Operation on page 102.<br><br>**Temperature Control Sensor**<br><br>Selects sensor that controls cooling. Values are:<br><br>• Supply Sensor: Temperature control is based on maintaining the temperature of the discharge air from the cooling unit. See Supply Sensors on page 158.<br>• Remote Sensor: Temperature control is based on the temperature reading(s) from wired remote sensor(s). See Wired Remote Sensors on page 156.<br>• Return Sensor: Temperature control is based on maintaining the temperature of the air returning to the cooling unit. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **User Humidity Setpoint Options**<br><br>**Dew Point Setpoint**<br><br>Desired dew point (based on actual return air temperature and humidity) by adding moisture to or removing moisture from the air.<br><br>**Humidity Control Sensor**<br><br>Selects sensor used when calculating relative humidity.<br><br>**Humidity Control Type**<br><br>Control when staging humidification operations. Valid values:<br><br>- Relative: Percent of humidification/dehumidification is determined by the difference between the humidity-sensor reading and the humidity setpoint.<br>- Compensated: Percent of humidification/dehumidification is determined by considering the actual deviation from the temperature setpoint and adjusts the humidity setpoint accordingly. The recalculated humidity setpoint displays on the screen.<br>- Predictive: Percent of humidification/dehumidification is determined by considering the actual deviation from the temperature setpoint and adjusts the humidity sensor reading accordingly. The adjusted humidity sensor reading displays on the screen.<br>- Dew point: Percent of humidification/dehumidification is determined by the difference between the dew point calculated from the humidity sensor reading and the dew point setpoint.<br><br>https://www.vertiv.com/49b8b2/globalassets/shared/liebert-icom-user-manual_sl-31075.pdf ("iCOM Manual") at p. 15-16.<br><br>CyrusOne also uses CyrusOne Cooling to sense temperatures based on real sensor readings at various locations inside the data center. |

8

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | <br>https://www.youtube.com/watch?v=yFMS-88wXn8, at 1:16. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | <br>https://www.youtube.com/watch?v=yFMS-88wXn8, at 1:21. |

10

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | <br>https://www.cyrusone.com/data-center-solutions/colocation , at 1:27; |
| [1c] generating an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map; | CyrusOne an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map.<br><br>For example, CyrusOne uses Liebert iCOM. Liebert iCOM generates an empirical atmospheric map from the results of sensing temperature at individual racks. Liebert iCOM uses software for processing temperature inputs from the sensing step and produces output in the form of a data center temperature map. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  |  |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | iCOM Manual at p. 94.<br><br>CyrusOne also uses CyrusOne cooling to generate a 3D temperature map based on real sensor readings retrieved throughout the data center. CyrusOne cooling processes temperature inputs from the sensing step and produces output in the form of a data center temperature map, which can be viewed as a calculated or measured map.<br><br>[Image: Screenshot of a YouTube video showing a 3D temperature heatmap of a data center with average temperature of 74.6°F, with caption "average temperature is and allows us to pinpoint hot and cold spots this"]<br><br>https://www.cyrusone.com/data-center-solutions/colocation, at 1:27; |
| [1d] comparing said empirical atmospheric map to a template atmospheric map; and | CyrusOne compares said empirical atmospheric map to a template atmospheric map.<br><br>For example, CyrusOne uses Liebert iCOM. Liebert iCOM compares an empirical atmospheric map to a template atmospheric map, for instance by comparing current temperatures to template setpoints. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| |  iCOM Manual at p. 20. https://www.dksh.com/global-en/products/iot/vertiv-thermal-control-and-monitoring CyrusOne also uses CyrusOne cooling to generate a 3D temperature map based on real sensor readings retrieved throughout the data center. The data center temperature map |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | can be viewed as a calculated or measured map. The measured map can be compared against a template map.<br><br>https://www.cyrusone.com/data-center-solutions/colocation , at 1:27; |
| [1e] identifying pattern differentials between said empirical and template atmospheric maps. | CyrusOne identifies pattern differentials between said empirical and template atmospheric maps.<br><br>CyrusOne uses Liebert iCOM. Liebert iCOM identifies pattern differentials between the empirical and template maps, for example, by identifying when sensors are reporting conditions that exceed template conditions. |

15

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **4.2 Enabling Events and Editing Event Settings**<br><br>In the ALARMS & EVENTS panel, events are grouped into categories for easier management, for example, the factory set remote sensor alarms and humidification/dehumidification events. In some cases, touch the group heading provides edit options for the entire group, like thresholds, delays and enable/disable. Each event includes settings specific for that event and the notification option where event type and alarm notifications are selected (See Selecting Event Type and Setting Alarm/Warning Notification on the facing page ).<br><br>1. Touch [SERVICE], then [menu] > *Alarm/Event Setup*. The ALARMS & EVENTS panel opens.<br>2. Scroll or search to find the event, touch the set's heading to display the properties and values for the entire set in the EDIT panel.<br>– or –<br>Touch an individual alarm or event to display it's specific values in the EDIT panel.<br><br>iCOM Manual at p. 80. |

16

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | https://www.dksh.com/global-en/products/iot/vertiv-thermal-control-and-monitoring |
| | CyrusOne also uses CyrusOne cooling to generate a 3D temperature map based on real sensor readings retrieved throughout the data center. CyrusOne cooling determines if there is a failure indication of the effectiveness of the active cooling configuration, which shows pattern differentials between the empirical and template atmospheric maps. |
| | https://www.cyrusone.com/data-center-solutions/colocation, at 1:27. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | <br>https://www.cyrusone.com/data-center-solutions/colocation , at 0:59. |