# Exhibit 12

## U.S. Patent No. 7,339,490 – Infringement Claim Chart

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| [1pre] A modular sensor assembly for sensing a condition at a computer rack, comprising: | CyrusOne's data centers use a modular sensor assembly for sensing a condition at a computer rack.<br><br>For example, CyrusOne uses Vertiv and Liebert cooling in its U.S. data centers to control atmospheric conditions. On information and belief, CyrusOne's Liebert CRAC units are used in conjunction with Liebert's modular sensors, which are used to sense conditions such as temperature, humidity, and door-open status at a computer rack.<br><br>**CIN99**<br>CyrusOne Data Center<br>Cincinnati - Blue Ash<br>4600 McAuley Place, 4th Floor<br>Cincinnati, OH 45242<br><br>Located on McAuley Place, this Cincinnati data center facility is for customers that require a robust data center for mission-critical applications, as well as for disaster recovery and business continuity environments.<br><br>**Overview**<br>• 15,000 sq. ft. data center/8,000 colo square feet (CSF)<br>• Up to 900 kW available<br>• 12-inch raised floor design<br>• 20, and 22 ton Liebert Downflow Chilled Water CRAC units.<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-CIN97_Cincinnati.pdf, p. 1. |

1

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **Cooling**<br>• N+1 Cooling<br>• Redundant DX and Glycol Chillers<br>• Redundant raised floor CRAC units<br>• 12in Raised floor<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-CIN97_Cincinnati.pdf, p. 2.<br><br>[VERTIV Liebert® banner image]<br><br>https://www.vertiv.com/en-us/products/brands/liebert/. |

2

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **LIEBERT® SN™ MODULAR SENSORS** **VERTIV.** <br> Quick Installation Guide <br><br> The Liebert SN modular sensors monitor temperature, humidity, door-open status, and digital input, such as smoke or water, in any area. <br><br> These instructions apply to the following Liebert SN modular-sensor models: <br> • SN-T—1 temperature probe <br> • SN-TH—1 temperature probe and 1 humidity probe <br> • SN-2D—1 door-switch probe with 2 inputs <br> • SN-3C—1 digital-input probe with 3 inputs <br><br> Each modular sensor ships with a 6.6-ft (2-m) cable to connect with a Liebert monitoring product. <br><br> **SENSOR-STRING COMPATIBLE** <br> You can attach the sensors in a <br><br> *Liebert Sensors, Cable and Mount* |

3

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **2. Assemble the sensor and bracket**<br>If using the supplied bracket and base:<br>• Insert the support base into the end of the support.<br>• Snap the sensor into the other end of the support.<br>**3. Choose a mounting location**<br>Keeping in mind that the temperature and humidity sensors require an unobstructed air flow, and that the sensor does not obstruct vents and impede air flow, select a mounting location. The installation parts needed for various mounting options are included with the sensor. You can install the sensor on rack rails, rack doors, and on a flat surface.<br>**MOUNT THE SENSOR**<br>Use the step appropriate to your chosen mounting method:<br><br>**4. Mounting on a Knurr® Rack-frame or 19-in. Rail**<br>Insert the quarter-turn, tool-less fastener a slot on the support or base, place the bracket on the frame or rail, and turn the fastener clockwise (1/4 turn) to secure the sensor in place.<br>**5. Mounting on rack door**<br>• On a Knurr rack (only), use the supplied screws through the slots on the support or use the quarter-turn fastener to secure the sensor to the door.<br>• On all other racks (including Knurr), use cable ties to secure the sensor or support bracket to the door.<br>**6. Mounting on a flat surface**<br>Clean the mounting location with the supplied alcohol pad(s), then affix the sensor support to the surface using the supplied Dual Lock fasteners.<br><br>**7. Mounting on a rack rail**<br>This method requires a standard, pan-head rack screw, not supplied with the sensor.<br>Use the pan-head rack screw through a slot on the sensor support or base to secure the sensor in place.<br>**CONNECT THE SENSOR**<br>The integrated cable connects to the SN Sensor port on your Liebert product. The Liebert SN sensor ports are RJ45 ports designated with the sensor-port icon.<br>**NOTE:** Only use the SN sensor port to connect Liebert SN sensors.<br>**CONFIGURE THE SENSOR**<br>Using the sensor address recorded before installation, use the web user interface of your Liebert product to acknowledge the senor connection and configure parameters including labeling the sensor and setting thresholds for alarm/warning triggers.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf. |
| [1a] a) an elongate flexible body, configured to attach to a computer rack; | CyrusOne's modular sensor assemblies comprise an elongate flexible body, configured to attach to a computer rack.<br><br>CyrusOne uses Liebert CRAC units with Liebert sensors. Liebert modular sensors attached in a strong consist of an elongate flexible body that attaches to a computer rack frame, rail, or door. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **SENSOR-STRING COMPATIBLE**<br><br>You can attach the sensors in a string, and the string can be a combination of integrated and modular sensors. (Integrated sensors are one or more probes integrated on a single cable.)<br><br>A string may include up to 10 probes and be a maximum of 65.6 ft (20 m).<br><br>The number of probes that may be used with Liebert monitoring products varies. Refer to the product's user guide for details.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf. |

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | https://www.vertiv.com/4a84b9/globalassets/shared/liebert-sn-sensors-monitoring-for-business-critical-continuity2.pdf. |
| [1b] b) a plurality of addressable sensors, disposed along the body and interconnected to a common connector wire; and | CyrusOne's modular sensor assemblies comprise a plurality of addressable sensors, disposed along the body and interconnected to a common connector wire.<br><br>CyrusOne uses Liebert CRAC units with Liebert sensors. Liebert modular sensors are disposed along the body and interconnected to a common connector wire (string) and are addressable. |

## SENSOR-STRING COMPATIBLE

You can attach the sensors in a string, and the string can be a combination of integrated and modular sensors. (Integrated sensors are one or more probes integrated on a single cable.)

A string may include up to 10 probes and be a maximum of 65.6 ft (20 m).

The number of probes that may be used with Liebert monitoring products varies. Refer to the product's user guide for details.

## PREPARING FOR INSTALLATION

1. **Record the address of each sensor.**

   During configuration, the web user interface displays the addresses of all connected sensors.

   Before mounting or connecting, locate the sensor address on the sensor housing (see the picture on the following page) and record it.



Sensor Address

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf. |
| [1c] c) a connector wire lead, configured to interconnect the connector wire to a central system configured to receive and interpret data from the plurality of sensors relating to conditions associated with the computer rack. | CyrusOne's modular sensor assemblies comprise a connector wire lead, configured to interconnect the connector wire to a central system configured to receive and interpret data from the plurality of sensors relating to conditions associated with the computer rack.<br><br>CyrusOne uses Liebert CRAC units with Liebert sensors. Liebert modular sensors string at each computer rack is interconnected to a central system (network) to receive and interpret the sensors from multiple computer racks. The networked sensor system is configured with thresholds for alarm and warning triggers.<br><br>![Vertiv Liebert SN Sensors diagram showing Liebert GXT5 UPS connected via Network to Liebert SN Sensors, with Web Monitoring, Vertiv Environet Alert, and Liebert SiteScan interfaces]<br><br>https://www.vertiv.com/4a84b9/globalassets/shared/liebert-sn-sensors-monitoring-for-business-critical-continuity2.pdf. |

8

| Claim 1 | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **CONFIGURE THE SENSOR**<br><br>Using the sensor address recorded before installation, use the web user interface of your Liebert product to acknowledge the senor connection and configure parameters including labeling the sensor and setting thresholds for alarm/warning triggers.<br><br>https://www.vertiv.com/49782f/globalassets/shared/liebert-sn-modular-sensors-quick-start-guide_00.pdf. |