# Exhibit 13

## U.S. Patent No. 9,310,855 – Infringement Claim Chart

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| [8pre] A flexible data center including T rows of server racks, comprising: | CyrusOne uses flexible data centers including T rows of server racks comprising the elements below.<br><br>For example, the virtual tour of CyrusOne DFW1 illustrates a portion of the total T rows of server racks.<br><br>[Image: screenshot of YouTube video showing rows of server racks in CyrusOne data center, timestamp 3:32 / 8:09]<br><br>https://www.youtube.com/watch?v=FjtRE8xy-tY at 3:32 minute mark.<br><br>"Designed with CyrusOne's unique massively modular concept, including single purpose built dedicated facilities as well as shared infrastructure solutions, this data center enables customers to quickly scale their data center environment based on their changing IT demands." |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | *Id.* at 1:19-1:35. |
| [8a] a number B of blocks on a site, each block including: | CyrusOne has a number B of blocks on a site.<br><br>For example, the DFW1 spec sheet illustrates B number of blocks on the site including DH1, DH2/3/4, and DH5/6/7.<br><br>**Site Plan**<br><br>[Site plan diagram showing DH7 4.5 MW, DH6 4.5 MW, DH5 4.5 MW, DH4 4.5 MW, DH3 6.75 MW, DH2 6.75 MW, DH1 4.5 MW, with Main Entrance, Fitness Center, MEP Support, Dock, and Service Yard areas]<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-DFW1_Dallas-Carrollton.pdf. |
| [8b] one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks; and | CyrusOne has one to a number P of perimeter structures, wherein each perimeter structure houses up to a number R of rows of server racks.<br><br>For example, the DFW1 spec sheet shows P number of perimeter structures (DH1-7) which houses up to R rows of server racks. |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **Site Plan**<br><br>[Site plan diagram showing Main Entrance, Fitness Center, MEP Support areas, Service Yards, Docks, and data halls labeled DH7 (4.5 MW), DH6 (4.5 MW), DH5 (4.5 MW), DH4 (4.5 MW), DH3 (6.75 MW), DH2 (6.75 MW), DH1 (4.5 MW)]<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-DFW1_Dallas-Carrollton.pdf. |
| [8c] a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure; | CyrusOne has a connecting structure connected to the number P of perimeter structures, wherein the connecting structure houses operations monitoring equipment for the server racks, and wherein the one to the number P of perimeter structures retain functionality independent of the connecting structure.<br><br>For example, CyrusOne videos show the CRAH units are located in a connecting structure adjacent to the P perimeter structures. The connecting structure houses the CRAH cooling units and sensors that monitor environmental operating conditions for the server racks. |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | https://www.youtube.com/watch?v=FjtRE8xy-tY at 4:20 minute mark.<br><br>"Cooling of the data hall space is performed by highly efficient computer room air handling units that are separated from the data hall floor." |
| [8d] a total integer number T/R of perimeter structures comprising the number P of perimeter structures, wherein: | CyrusOne has a total integer number T/R of perimeter structures comprising the number P of perimeter structures.<br><br>For example, the virtual tour of CyrusOne DFW1 illustrates a portion of the R rows of server racks within a perimeter structure P. |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | https://www.youtube.com/watch?v=FjtRE8xy-tY at 3:32 minute mark. |
| [8e] at most one perimeter structure houses less than R rows of server racks; | CyrusOne has at most one perimeter structure houses less than R rows of server racks. For example, in order to provide a customized solution of cages or cabinets with a P perimeter structure, the initial number of cabinets within a P perimeter structure will be less than R (the maximum number of cabinet within a P perimeter structure). If customers within the P perimeter structure select cage space, there will be less room for total number of cabinets that can fit within the space. |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | https://www.youtube.com/watch?v=FjtRE8xy-tY at 3:21 minute mark.<br><br>"CyrusOne offers a customized data center solution with cages, cabinets, or dedicated data hall." |
| [8f] B is equal to an integer number (T/R)/P; and | CyrusOne has B is equal to an integer number (T/R)/P.<br><br>For example, in DFW1, T is the total number of rows of server racks, R is the number of rows of server racks that are within a P perimeter structure (each of DH1 through DH7). P is the number of perimeter structures (seven). |

6

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | **Site Plan**<br><br>[Site plan diagram showing: Main Entrance, MEP Support, Service Yards, Fitness Center, Dock areas, and data halls labeled DH7 (4.5 MW), DH6 (4.5 MW), DH5 (4.5 MW), DH4 (4.5 MW), DH3 (6.75 MW), DH2 (6.75 MW), DH1 (4.5 MW)]<br><br>https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-DFW1_Dallas-Carrollton.pdf. |
| [8g] at most one block includes less than P perimeter structures; | CyrusOne has at most one block includes less than P perimeter structures.<br><br>For example, initial build would require a block to built with less than P perimeter structures. (e.g., DH2/DH3/DH4 block would be initially built with one or two P perimeter structures, with the third perimeter structure to be built out at a later time). |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | **Site Plan** (site plan diagram showing Main Entrance, Fitness Center, MEP Support, Service Yards, Docks, and data halls DH7 4.5 MW, DH6 4.5 MW, DH5 4.5 MW, DH4 4.5 MW, DH3 6.75 MW, DH2 6.75 MW, DH1 4.5 MW) <br><br> https://documents.cyrusone.com/wp-content/uploads/2023/06/2022-DFW1_Dallas-Carrollton.pdf. |
| [8h] a number of cooling units connected to an exterior of a respective perimeter structure, wherein a type of the number of cooling units is particular to a climate of the site; and | CyrusOne has a number of cooling units connected to an exterior of a respective perimeter structure, wherein a type of the number of cooling units is particular to a climate of the site. <br><br> For example, CyrusOne's virtual tour shows the CRAH units are located in a connecting structure adjacent to the P perimeter structures. The connecting structure houses the CRAH cooling units and sensors that monitor environmental operating conditions for the server racks. |

8

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | https://www.youtube.com/watch?v=FjtRE8xy-tY at 4:20 minute mark.<br><br>"Cooling of the data hall space is performed by highly efficient computer room air handling units that are separated from the data hall floor. This allows for optimization of the data hall environment." |
| [8i] a number of power conditioner units connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site. | CyrusOne has a number of power conditioner units connected to the exterior of the respective perimeter structure, wherein a type of the number of power conditioner units is particular to a desired power quality and to the climate of the site.<br><br>For example, CyrusOne's virtual tours show the following information about power conditioner units. |

9

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| |  https://www.youtube.com/watch?v=FjtRE8xy-tY at 3:28 to 3:45, 4:58 minute mark. "The distributed redundant power design is a meshed power system guaranteed to ensure maximum uptime." "Each data hall is designed for fully redundant power availability. The distributed redundant electrical design enables multiple levels of redundancy within the same data hall. Therefore, customers can choose their level of redundancy, either 2N, N+1 or N." |