# Exhibit 14

**U.S. Patent No. 7,939,967 – Infringement Claim Chart**

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| [1pre] An apparatus, comprising: | CyrusOne operates data centers with power redundancy by connecting equipment to redundant power supplies.<br><br>[Screenshot of YouTube video titled "CyrusOne Cooling" by CyrusOne, 642 subscribers, 615 views 4 years ago, showing "CyrusOne COOLING" text over an image of a data center aisle. Description: "CyrusOne's Advanced Cooling Systems for Data Centers …more"]<br><br>"Of course, all of our chillers are on a redundant block system, meaning in the event of their failure or a power failure your equipment will continue to operate smoothly without interruption. With CyrusOne you have the peace of mind that your equipment is always operational." |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
|  | https://www.youtube.com/watch?app=desktop&v=jDKq617iWKo. |
| [1a] a first power supply coupled to an electrical load and a first source of electrical energy, the first power supply configured to issue an alert signal indicative of a failure condition of the first source of electrical energy; and | CyrusOne data centers include a first power supply coupled to an electrical load and a first source of electrical energy, the first power supply configured to issue an alert signal indicative of a failure condition of the first source of electrical energy.<br><br>For example, CyrusOne data centers offer power redundancy by connecting equipment to a redundant block system – sharing the electrical load over two power supplies with respective electrical power sources.<br><br>![diagram of redundant power system with blocks A, B, C, D each containing TRANSFORMER, GENERATOR, ATS, SWB, UPS, connected through STS and PDU to IT CABINET]<br><br>https://www.youtube.com/watch?app=desktop&v=jDKq617iWKo, at 1:42.<br><br>A first power supply will issue an alert if its electrical power source fails, this will signal the second power supply to transition from sharing to handing the full load – eliminating any potential downtime. |

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | https://www.youtube.com/watch?app=desktop&v=jDKq617iWKo, at 1:41 and 1:46.<br><br>CyrusOne's virtual tours also show the following information about power conditioner units. |

3

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | https://www.youtube.com/watch?v=FjtRE8xy-tY at 3:28-3:45, 4:58.<br><br>"The distributed redundant power design is a meshed power system guaranteed to ensure maximum uptime."<br><br>"Each data hall is designed for fully redundant power availability. The distributed redundant electrical design enables multiple levels of redundancy within the same data hall. Therefore, customers can choose their level of redundancy, either 2N, N+1 or N." |
| [1b] a second power supply coupled to the electrical load and a second source of electrical energy, the second power supply configured to transition from a lesser output level to a greater output level in response to an activation signal. | CyrusOne data centers have a second power supply coupled to the electrical load and a second source of electrical energy, the second power supply configured to transition from a lesser output level to a greater output level in response to an activation signal.<br><br>For example, CyrusOne data centers offer power redundancy by connecting equipment to a redundant block system – sharing the electrical load over two power supplies with respective electrical power sources. |

4

| Claim Language | Exemplary Evidence of Infringement by CyrusOne |
|---|---|
| | https://www.youtube.com/watch?app=desktop&v=jDKq617iWKo, at 1:42.<br><br>A first power supply of the will issue an alert if its electrical power source fails, this will signal the second power supply to transition from sharing to handing the full load – eliminating any potential downtime.<br><br>https://www.youtube.com/watch?app=desktop&v=jDKq617iWKo, at 1:41 and 1:46. |

5